UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO ROMAN SALGADO,<br><br>                                    Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN, Secretary,<br>U.S. Department of Homeland Security;<br>et al.,<br><br>                                    Respondents. | Case No.:  26-cv-4325-BJC-JLB<br><br>**ORDER SETTING BRIEFING SCHEDULE**<br><br>**[ECF No. 1]** |

The Court adopts the Standard Procedures for this Immigration Habeas Petition from Chief Judge Order No. 144, which is available on the court's website.

**IT IS SO ORDERED**.

Dated:  August 4, 2026

_____

Honorable Benjamin J. Cheeks
United States District Judge

1

26-cv-4325-BJC-JLB