UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

GERARDO ROMAN SALGADO,
Petitioner,

v.

MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security; et al.,
Respondents.

Case No.: 26-cv-4325-BJC-JLB

**ORDER DENYING PETITION AS MOOT**

**[ECF No. 1]**

On July 28, 2026, Gerardo Roman Salgado ("Petitioner") filed a petition for a writ of habeas corpus. ECF No. 1. On August 20, 2026, Respondent filed a Notice of Release, notifying the Court that Petitioner was released from immigration custody on August 14, 2026. ECF No. 5. Accordingly, the petition is **DENIED** without prejudice as moot.

**IT IS SO ORDERED**.

Dated: September 22, 2026

Honorable Benjamin J. Cheeks
United States District Judge